UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:13-00173 |
| | ) | JUDGE CAMPBELL |
| AMAR WALKER | ) | |

<u>ORDER</u>

Pending before the Court is a Motion to Substitute Counsel (Docket No. 2). The Motion is GRANTED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE